# UNITED STATES DISTRICT COURT
для the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:05CR1042TLW(2)</u> |
| | ) | USM No: <u>13475-171</u> |
| -versus- | ) | <u>William F. Nettles, IV, Public Defender</u> |
| | | *Defendant's Attorney* |
| **Robert Genard Byrd** | ) | |
| | ) | |
| Date of Previous Judgment: <u>December 8, 2010.</u> | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ <u>the defendant</u>  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ❐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of <u>one hundred ninety two (192) months, consisting of 132 months as to Count 1, and 60 months consecutive as to Count 2</u>  **is reduced to** <u>one hundred seventy (170) months, consisting of one hundred ten (110) months as to Count 1, and 60 months consecutive as to Count 2.  In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment</u>.

*(Complete Parts I and II of Page 2 when motion is granted.)*

Except as provided above, all provisions of the original judgment filed  <u>July 13, 2006</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date: <u>February 28, 2012</u>        <u>s/ Terry L. Wooten</u>
                        *Judge's signature*

Effective Date:              <u>Terry L. Wooten, United States District Judge</u>
*(if different from order date)*         *Printed name and title*